USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

LUISA SANTANA on her own behalf,

                  Plaintiff,

     v.

MARSH & MCLENNAN COMPANIES, INC.,
MARSH, INC. and PAUL EVANS, Individually,
jointly and/or severally

                  Defendants.

------------------------------------------------------------ X

**ECF**

17-cv-5755 (PAE)(GWG)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the above-named parties that:

The Caption shall be amended to reflect the proper parties, wherein Marsh USA, Inc. shall be substituted for Marsh, Inc., as indicated below:

        LUISA SANTANA on her own behalf,

                  Plaintiff,

     v.

        MARSH & MCLENNAN COMPANIES, INC., MARSH USA, INC.
        and PAUL EVANS, Individually, jointly and/or severally

                  Defendants.

Dated: New York, New York
       October 16, 2017
       17,

KLJ 3142655.1

| | |
|---|---|
| MIRER MAZZOCCHI SCHALET JULIEN & CHICKEDANTZ, PLLC | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| By: _____ /s/ /Ria/<br>Ria Julien, Esq.<br>150 Broadway, 12th Floor<br>New York, New York 10038<br>(212) 231-2235<br>*Attorneys for Plaintiff* | By: _____<br>Kevin B. Leblang, Esq.<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100<br>*Attorneys for Defendants* |

So Ordered:   10/18/17

Paul A. Engelmayer
J.S.C.