```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LUISA SANTANA on her own behalf

                Plaintiff,

-against-

MARSH & MCLENNAN COMPANIES, INC.,
MARSH USA, INC. and PAUL EVANS, Individually,
jointly and/or severally

                Defendants.
------------------------------------------------------------------x

17-cv-5755 (PAE)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff Luisa Santana hereby gives notice that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-captioned action is voluntarily dismissed <u>without prejudice against</u> all parties.

For Plaintiff,

*Jeanne Mirer*
MIRER MAZZOCCHI JULIEN
& CHICKEDANTZ, PLLC
Jeanne Mirer, Esq
150 Broadway, Suite 1200
New York, New York 10038
(212) 231-2235
jmirer@mmsjlaw.com

11/15/17

SO ORDERED:

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE